UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:05-CR-111 |
| v. | ) | Mag. No. 1-05-mj-347 |
| | ) | |
| JOHN THOMAS | ) | COLLIER/CARTER |

REPORT AND RECOMMENDATION

A February 10, 2006, letter from Stephen M. Dewalt, Warden of the Federal Bureau of

Prisons in Lexington, Kentucky, and a Forensic Evaluation of defendant John Thomas, were

received by the undersigned Magistrate Judge. The findings in the evaluation were that the

defendant is currently competent to stand trial and was sane at the time of the alleged offense. A

Waiver of Competency Hearing signed by defendant John Thomas was filed with this Court on

March 2, 2006. It is therefore ORDERED that the waiver be filed as a part of the record. The

Court recommends on the basis of the waiver and the report that defendant John Thomas be

found competent to stand trial.



                                        s/William B. Mitchell Carter
                                         UNITED STATES MAGISTRATE JUDGE